UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LINDA STREETER,<br><br>Plaintiff,<br><br>V.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**<br><br><br>CASE NUMBER: 1:17-CV-01450-EPG |
|---|---|

Having considered the application to proceed without prepayment of fees under 28 USC § 1915;

IT IS ORDERED that the application is:

☐ GRANTED

☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☒ DENIED, for the following reasons: Although Plaintiff has limited income and does have monthly expenses, Plaintiff has assets and other income such that the Court cannot conclude that Plaintiff is "unable to pay" the required $400.00 filing fee. See 28 U.S.C. § 1915(a)(1). Plaintiff must pay the $400.00 filing fee within 30 days of the date of this order or this action will be dismissed without prejudice.

ENTERED: October 31, 2017

/s/ Erica P. Grosjean
United States Magistrate Judge Erica P. Grosjean